# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-cr-81-W

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| vs. | )    ORDER<br>) |
| TALVIN LEAK, | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court, *sua sponte*, after a recent decision by the D.C. Circuit, United States v. Vinton, 594 F.3d 14 (D.C. Cir. 2010), was published following the suppression hearing and the parties' submission of the supplemental memorandums of law. The Court has reviewed the decision in-depth and wanted to provide an opportunity to the parties to submit a supplemental memorandum of law that addresses what impact this case may have upon the suppression issues at hand. The parties may submit a supplemental memorandum not more than 1500 words on this limited issue by March 25, 2010. The Court believes no response briefs are necessary.

Signed: March 11, 2010

Frank D. Whitney
United States District Judge