# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09cr81

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TALVIN LEAK, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion to Return Exhibit. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Return Exhibit (#45) is **GRANTED,** and the Clerk of Court is directed to return to the government the CD-Rom manually filed with the court on January 27, 2010, and marked as government's Exhibit 2 during the January 5, 2010, suppression hearing. The government shall keep such CD-Rom in its custody as an officer of this court and shall make a copy available to defense counsel for purposes of inclusion in the record on appeal.

Signed: August 16, 2011

Max O. Cogburn Jr.
United States District Judge